**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-6736**

———————

DANIEL ERIC COBBLE, a/k/a Johnathan Wayne Plemons, a/k/a Daniel Castleberry,

        Petitioner - Appellant,

   v.

WARDEN, FEDERAL CORRECTIONAL INSTITUTION EDGEFIELD,

        Respondent - Appellee,

   and

UNITED STATES BUREAU OF PRISONS,

        Respondent.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, District Judge.  (6:23-cv-00250-DCN)

———————

Submitted:  November 16, 2023                   Decided:  November 22, 2023

———————

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel Eric Cobble, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Eric Cobble, a federal prisoner, appeals the district court's order adopting the magistrate judge's recommendation and dismissing Cobble's 28 U.S.C. § 2241 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Cobble v. Warden Edgefield Fed. Corr. Inst.*, No. 6:23-cv-00250-DCN (D.S.C. July 13, 2023). We deny Cobble's motion for a certificate of appealability as unnecessary and deny his motion to transfer motions from a prior appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2